Joseph Reynaud v. William J. Rome and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be

filed on or before December 5, 1927, with notice of argument for January 3, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.